FILED

2015 May-20  PM 03:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

DANNY OLIVE, JR., an individual,
LESLIE HILL, an individual,
MARION HOLDEN, an individual,
ERIC MCMILLEN, an individual,
NICHOLAS PARKER, an individual,
on behalf of themselves, and others
similarly situated,
Plaintiffs,

v.

TENNESSEE VALLEY AUTHORITY
and WILLIAM D. JOHNSON,
in his official capacity as President
and Chief Executive Officer
of Tennessee Valley Authority,
Defendants.

CIVIL CASE NUMBER:
5:15-cv-00350-AKK
**UNOPPOSED**

## PLAINTIFFS' UNOPPOSED MOTION FOR PAGE ENLARGEMENT

COME NOW, the Plaintiffs, by and through the undersigned counsel, and respectfully request that this Honorable Court permit and consider Plaintiffs' Response to Defendants' Motion to Dismiss filed in excess of the 15 page limit prescribed by Appendix III of this Court's Uniform Initial Order in the above-styled action, and state as follows:

1.      On May 11, 2015, this Court entered its Uniform Initial Order Governing All Further Proceedings (Doc. 17), and Appendix III of said Order requires that initial responses to dispositive motions other than summary judgment be limited to 15 pages.

2.      On May 19, 2015, Plaintiffs' filed their Response to Defendants' Motion to Dismiss (Doc. 19) which inadvertently exceeded the 15 page limitation required by this Court's Order, containing 19 pages in total.[1]

3.      The undersigned counsel identified this mistake after the filing of said response, and files this motion respectfully requesting this Court permit and consider said response, as filed.

4.      Prior to filing this motion, the undersigned counsel has conferred by telephone with one of the Defendants' counsel, Tricia L. Roelofs, Esq. of TVA's Office of General Counsel, who consents to and does not opposed this motion.

**WHEREFORE**, the Plaintiffs' respectfully request that this Honorable Court grant this Unopposed Motion for Page Enlargement, or alternatively grant Plaintiffs leave to amend their Response to Defendants' Motion Dismiss to comply with the page limitations required by this Honorable Court.

---

[1] The substantive argument of said response is contained within pages 1-17, and pages 18-19 contain the signature blocks and Certificate of Service.

Respectfully submitted,

Dated: May 20, 2015

*s/ Christopher S. Hamer*
Christopher S. Hamer
Bar Number: ASB-5332-R58H
*Attorney for Plaintiffs*
HAMER LAW GROUP, LLC
205 20th Street N, Suite 710
Birmingham, AL 35203
Telephone: (205) 218-4436
Fax: (888) 908-7234
Email: chris.hamer@hamerlawgroup.com

Dated: May 20, 2015

*s/ Comeka Anderson Díaz*
Comeka Anderson Díaz
Texas Bar Number: 24089965
*Attorney for Plaintiffs*
UGSOA INTERNATIONAL UNION
8670 Wolff Court, Suite 210
Westminster, CO 80031
Telephone: (303) 842-9862
Fax: (303) 650-8510 (fax)
Email: candersondiaz@ugsoa.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2015, the foregoing document was filed electronically through the Court's ECF system. Notice of this filing will be sent by operation of the Court's ECF system to counsel for Defendants as indicated below.

Edwin W. Small, Esq.,  Deputy General Counsel
Tricia L. Roelofs, Esq.,  Attorney
TVA GENERAL COUNSEL'S OFFICE
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone (865) 632-6225


*s/Christopher S. Hamer*
Attorney for Plaintiffs